```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 11999
   JUAN ANTONIO REYES
   MARIA ELENA REYES                                CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
              Debtor
    SSN XXX-XX-1062     SSN XXX-XX-4946

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/05/07 .

    2.  The case was dismissed without confirmation, 01/25/2008.

    3.  The Debtor paid a total of $  10540.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | SECURED | .00 | .00 | 360.00 |
| VALUE CITY FURNITURE | SECURED | .00 | .00 | 270.00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | 3570.00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME EQUITY | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GARRETSON & SANTORA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |

```
KOHLS                        UNSECURED      NOT FILED              .00         .00
MACYS                        UNSECURED      NOT FILED              .00         .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED      NOT FILED              .00         .00
US DEPT OF EDUCATION         UNSECURED      NOT FILED              .00         .00
WASHINGTON MUTUAL CARD S     UNSECURED      NOT FILED              .00         .00
WILL COUNTY TREASURER        SECURED        NOT FILED              .00         .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 4200.00 | .00 | .00 | .00 | 4200.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4200.00 | .00 | .00 | .00 | 4200.00 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    640.00   direct and $   2860.00   through the plan.

The Trustee received $    345.39 .

Refunds to the Debtor totaled $   3134.61 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 11999 JUAN ANTONIO REYES & MARIA ELENA REYES